| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>JOLLY, E. GRADY | 2. Court or Organization<br>COURT OF APPEALS FIFTH | 3. Date of Report<br>4/27/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>JUDGE ACTIV | 5. ReportType (check appropriate type)<br>○ Nomination, Date<br>○ Initial ● Annual ○ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chamber or Office Address<br>245 E. CAPITOL, RM 202<br>JACKSON, MS 39201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PARTNER | MADDEN GROUP |
| 2. | PAST PRESIDENT | FEDERAL JUDGES ASSOCIATION |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED May 18 10 42 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Mississippi School of Law | Travel and expenses attending McGlinchey Stafford Moot Court Competition; Oxford, MS; March 26-March 27, 2004. |
| 2. | George Mason University School of Law | Travel and expenses attending Forging of a Nation seminar; Tucson, AZ; April 30-May 6, 2004. |
| 3. | Federal Judges Association | Travel and expenses attending board meeting; Washington, DC; May 15-May 17, 2004. |
| 4. | George Mason University School of Law | Travel and expenses attending Churchill the Visionary seminar; La Jolla, CA; September 30-October 3, 2004. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 4/27/2005 |

## VII. INVESTMENTS and TRUSTS
-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. UBS Cashfund Inc. (Formerly Paine Webber Money Market) | A | Dividend | | | CLOSED | 11/08 | K | A | |
| 2. Bancorpsouth Money Market Acc't IRA | A | Interest | J | T | | | | | |
| 3. Trustmark Bank Acc't | A | Interest | J | T | | | | | |
| 4. Analysts International Com Stk. | | None | J | T | | | | | |
| 5. Farm Fish Common Stock | | None | | | SELL | 12/31 | J | A | |
| 6. Snopes Corp. Common Stock | D | Dividend | K | U | BUY/SELL | VAR | N | B | SEE NOTE #2 |
| 7. Gold Bullion 23 oz. | | None | J | T | | | | | |
| 8. Silver Bullion 850 oz. | | None | J | T | | | | | |
| 9. Fred's Inc. Common Stock | A | Dividend | J | T | | | | | |
| 10. Madden Group Partnership, Jackson, MS | A | Interest | J | T | BUY/SELL | VAR | N | A | SEE NOTE #1 |
| 11. Trustmark Bank Acc't | A | Interest | J | T | | | | | |
| 12. Trustmark Bank Acc't | A | Interest | J | T | | | | | |
| 13. Trustmark Bank Acc't | | None | J | T | | | | | |
| 14. Trustmark Bank Acc't | A | Interest | J | T | | | | | |
| 15. Trustmark Bank Acc't | | None | K | T | | | | | |
| 16. Earnest Partners Fixed Income Tr/99 Investck Fixed Inc Tr | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIVIDEND |
| 17. Worldcom Inc | | None | | | SELL | 12/17 | J | A | |
| 18. Aim Value Fund A | | None | | | SELL | 11/04 | J | A | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001-$2,500
C = $2,501-$5,000
D = $5,001-$15,000
E = $15,001-$50,000
F = $50,001-$100,000
G = $100,001-$1,000,000
H1 = $1,000,001-$5,000,000
H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less
K = $15,001-$50,000
L = $50,001-$100,000
M = $100,001-$250,000
N = $250,000-$500,000
O = $500,001-$1,000,000
P1 = $1,000,001-$5,000,000
P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000
P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash/Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 4/27/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-R) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. La-Z-Boy Inc | A | Dividend | | | SELL | 12/09 | K | A | |
| 20. AOL Time Warner | | None | | | SELL | 12/09 | K | A | . |
| 21. Dell | | None | | | SELL | 12/09 | K | D | |
| 22. Worldcom Inc Ga New MCI Group | | None | | | SELL | 12/17 | J | A | |
| 23. Invest Co Am Cl F - IRA | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 24. Growth Fd of Am Cl F - IRA | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 25. Columbia Acorn Fd Cl A - IRA | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 26. Delaware Diversified Inc Fd Cl A - IRA | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 27. First Eagle Global Fd Cl A - IRA | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 28. Lord Abbett Mid Cap Val Fd Cl A - IRA | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 29. Pimco Real Return Fd Cl A - IRA | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 30. Pioneer High Yield Fd Cl A - IRA | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 31. UBS Global Allocation Fd Cl A - IRA | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 32. UBS Pace M/M Inv Fd Cl P - IRA(Formerly UBS Money Market Fd) | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 33. Growth Fd of Am Cl F | A | Dividend | K | T | BUY | VAR | J | | REINVEST DIV |
| 34. Calamos Gr Fd Cl A | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 35. Columbia Acorn Fd Cl A | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 36. First Eagle Global Fd Cl A | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3) J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2) Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 4/27/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5 Identity of buyer/seller (if private transaction) |
| 37. Pimco High Yield Fd Cl A | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 38. Pioneer High Yield Fd Cl A | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 39. UBS Global Allocation Fd Cl A | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 40. UBS Pace M/M Inv Fd Cl P (Formerly UBS Money Market) | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$6,000  D = $5,001-$15,000  E = $15,001-$90,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$6,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$90,000  L = $90,001-$100,000  M = $100,001-$250,000  N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$58,000,000  P4 = More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Note #1: Item # 10 is a commodity trading investment partnership which is handled through McVean Trading Company.  All investment decisions are made by the broker.  Per our phone conversation with your office, these funds are determined to be exempted from detail reporting of each trade, the same  as a mutual fund.

Note # 2:  Item #6 Snopes Corp traded in IRC Section 1256 contracts reporting a gain of $1629 on 2004 K-1 for taxpayer.

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| JOLLY, E. GRADY | 4/27/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

Date  12 MAY 05 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544